# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Christopher K. Brownstead ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                3:09-cv-00474

Christy T. Mann, Irene P. King ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/20/10 Order.

                                          Signed: April 20, 2010

Frank G. Johns, Clerk
United States District Court